COXE AND NEWBOLD, EXECUTORS OF PIGEON, v. HANKINSON.

The giving a promissory note is not, *ipso facto*, a payment that will extinguish a contract.

---

Action upon a sale of cattle for £705. Plea, an account settled, and £46 brought into court. *Stockton*, for plaintiff.

Yard, Administrator, v. Hunt and Vancleave.

*Frelinghuysen*, for defendant, offered to prove that Hankinson had given his note for the money.

Per Cur.    A note does not, *ipso facto*, extinguish the contract.